```
 1                  IN THE UNITED STATES DISTRICT COURT
                   IN AND FOR THE DISTRICT OF DELAWARE
 2
                                - - -
 3
     CNH AMERICA LLC and BLUE LEAF )  Civil Action
 4   I.P., INC.,                   )
                                   )
 5            Plaintiffs,          )
                                   )
 6       v.                        )
                                   )
 7   JON E. KINZENBAW and KINZE    )
     MANUFACTURING, INC.,          )
 8                                 )
              Defendants.          )  No. 08-945-GMS
 9
                                - - -
10                         Tenth Day of Trial
                          Wilmington, Delaware
11                    Friday, February 11th, 2011
                        9:30 a.m.(Deliberations)
12                              - - -

13   BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge, and
              a Jury
14
     APPEARANCES:
15
              FREDERICK L. COTTRELL, III, ESQ., and
16            CHAD M. SHANDLER, ESQ.,
              Richards, Layton & Finger
17                  -and-
              MARK BOLAND, ESQ., and
18            RAJA N. SALIBA, ESQ.,
              Sughrue Mion PLLC
19            (Washington, D.C.), and
              JOHN B. SCHERLING, ESQ.
20            (La Jolla, C.A.)

21                                   Counsel for Plaintiffs
```

```
 1    APPEARANCES (Continued):

 2
           RICHARD L. HORWITZ, ESQ., and
 3         Potter Anderson & Corroon, LLP
                -and-
 4         MARK L. DURBIN, ESQ.
           PETER N. MOORE, ESQ., and
 5         WILLIAM F. WARD, ESQ.
           Wildman, Harrold, Allen & Dixon LLP
 6         (Chicago, IL)

 7                         Counsel for Defendants

 8                         -  -  -

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (The following took place in open court.)
 2                    THE COURT:  Good afternoon, counsel.  I am
 3       advised by the foreperson that the jury has arrived at a
 4       unanimous verdict.
 5                    Ms. Walker, will you please bring the jury in.
 6                    (Jury enters courtroom at 4:32 p.m.)
 7                    THE COURT:  Good afternoon, members of the jury.
 8       Please take your seats.
 9                    I see that it appears that Juror No. 6 speaks
10       for you.  Is that true?
11                    JUROR NO. 6:  Yes.
12                    THE COURT:  Juror No. 6, would you rise and pass
13       the verdict form to Ms. Walker.
14                    Ladies and gentlemen, I am going to spend a few
15       moments -- please be seated -- and inspect the verdict.
16                    (Foreperson hands verdict form to Chief Deputy
17       Clerk Walker.)
18                    (Ms. Walker hands verdict form to Court.)
19                    (Pause.)
20                    THE COURT:  Members of the jury, please harken
21       to your verdict, as Ms. Walker is about to announce it.  You
22       may be polled individually as to whether this is your own
23       individual verdict, so please listen carefully to the
24       announcement.
25                    CHIEF DEPUTY CLERK WALKER:  We, the jury,
```

1  unanimously find as follows:

2             On the issue of infringement, as to the '428

3  patent by Kinze Manufacturing, do you find that plaintiffs

4  CNH and Blue Leaf have proven, by a preponderance of the

5  evidence, that Kinze has infringed any of the asserted

6  claims of the '428 patent?

7             As to Claim 17, no.  As to Claim 18, no.  Claim

8  146, no.  Claim 207, no.

9             As to infringement of the '193 patent by Kinze,

10  do you find that CaseIH has proven, by a preponderance of

11  the evidence, that Kinze has infringed any of the asserted

12  claims of the '193 patent?

13             As to Claim 62, no.  As to Claim 129, no.  As to

14  Claim 135, no.  Claim 190, no.

15             On the issue of indefiniteness, as to the '428

16  patent, do you find that Kinze has proven by clear and

17  convincing evidence that any of the following claims of the

18  '428 patent are invalid because a person of ordinary skill

19  in the art could not reasonably determine their scope, and

20  therefore they are indefinite?

21             As to Claim 17, no.  Claim 18, no.  Claim 146,

22  no.  Claim 207, no.

23             As to indefiniteness of the '193 patent, do you

24  find that Kinze has proven by clear and convincing evidence

25  that any of the following claims of the '193 patent are

1     invalid because a person of ordinary skill in the art could
2     not reasonably determine their scope, and therefore they are
3     indefinite?
4              As to Claim 62, no.  Claim 129, no.  Claim 135,
5     no.  Claim 190, no.
6              On the issue of the Krauss two-hole seed cup,
7     the invention date of Krauss two-hole seed cup, do you find
8     that Kinze has proven by clear and convincing evidence that
9     the Krauss two-hole seed cup was invented and not
10    subsequently abandoned, suppressed, or concealed, publicly
11    used, sold, or offered for sale, before August 20th, 1996?
12             Yes.
13             As to IH's invention date, do you find that
14    CaseIH has proven by clear and convincing evidence that it
15    invented the subject matter of Claims 17, 18, 146 and 207 of
16    the '428 patent and Claim 62 of the '193 patent before the
17    Krauss two-hole seed cup was invented, publicly used, sold,
18    or offered for sale?
19             Yes.
20             On the issue of anticipation, anticipation of
21    the '428 patent, do you find that Kinze has proven by clear
22    and convincing evidence that any asserted claim of the '428
23    patent is invalid because it is anticipated?
24             As to Claim 17, yes.  Claim 18, yes.  Claim 146,
25    yes.  Claim 207, yes.

```
 1                On the issue of anticipation for the '193
 2    patent, do you find that Kinze has proven by clear and
 3    convincing evidence that any asserted claim of the '193
 4    patent is invalid because it is anticipated?
 5                As to Claim 62, yes.  Claim 129, yes.  Claim
 6    135, yes.  Claim 190, yes.
 7                On the issue of obviousness of the '428 patent,
 8    do you find that Kinze has proven by clear and convincing
 9    evidence that any of the following claims of the '428 patent
10    are invalid because the claim, as a whole, would have been
11    obvious to a person of ordinary skill in the art at the time
12    of the invention?
13                As to Claim 17, yes.  Claim 18, no.  Claim 146,
14    yes.  Claim 207, no.
15                For the '193 patent, do you find that Kinze has
16    proven by clear and convincing evidence that any of the
17    following claims of the '193 patent are invalid because the
18    claim, as a whole, would have been obvious to a person of
19    ordinary skill in the art at the time of the invention?
20                As to Claim 62, yes.  Claim 129, yes.  Claim
21    135, yes.  Claim 190, yes.
22                On the issue of written description and
23    enablement, for the '428 patent, do you find that Kinze has
24    proven by clear and convincing evidence that any of the
25    following claims of the '428 patent are invalid due to an
```

```
 1    inadequate written description?
 2                As to Claim 17, no.  Claim 18, no.  Claim 146,
 3    no.  Claim 207, no.
 4                For written description, do you find that Kinze
 5    has proven by clear and convincing evidence that any of the
 6    following claims of the '193 patent are invalid due to an
 7    inadequate written description?
 8                As to Claim 62, no.  Claim 29, no.  Claim 135,
 9    no.  Claim 190, no.
10                As to enablement of the '428 patent, do you find
11    that Kinze has proven by clear and convincing evidence that
12    any of the following claims of the '428 patent are invalid
13    because they are not enabled?
14                As to Claim 17, no.  Claim 18, no.  Claim 146,
15    no.  Claim 207, no.
16                As to enablement for the '193 patent, do you
17    find that Kinze has proven by clear and convincing evidence
18    that any of the following claims of the '193 patent are
19    invalid because they are not enabled?
20                As to Claim 62, no.  Claim 129, no.  Claim 135,
21    no.  Claim 190, no.
22                On the issue of inequitable conduct, do you find
23    that Kinze has proven by clear and convincing evidence that:
24                (i) An individual or individuals involved in
25    preparing or prosecuting the '428 or '193 patents withheld
```

1   information from or made misrepresentations to the Patent

2   Office that was material to the subject matter being

3   claimed?

4           No.

5           (ii) Such individuals acted with the intent to

6   deceive the Patent Office?

7           No.

8           (iii) Do you find, after balancing any

9   materiality and intent, that Kinze has proven by clear and

10  convincing evidence that the individual or individuals

11  committed inequitable conduct and that the '428 or '193

12  patents should therefore be declared unenforceable?

13          No.

14          THE COURT:  Does either party wish to have the

15  jury polled?

16          MR. DURBIN:  No, Your Honor.

17          MR. BOLAND:  No, Your Honor.

18          THE COURT:  Ladies and gentlemen, your verdict

19  having been announced as unanimous, an agreed-upon verdict,

20  I will direct that it be filed with the Clerk of the Court.

21  I hereby dismiss you from your duties and responsibilities,

22  with the thanks of the parties and the hearty thanks of the

23  Court.

24          Thank you very much, ladies and gentlemen.  Safe

25  travels.

```
 1                    (At 4:42 p.m. the jury was excused.)
 2                    THE COURT:  You can sit for a moment, if you
 3     would.
 4                    Counsel, what I would like you to do is
 5     decompress a little bit, you file what you must, but spend a
 6     few days, and then get a briefing schedule for me for your
 7     post-verdicts I would say next Friday.
 8                    MR. DURBIN:  For the schedule, Judge?
 9                    THE COURT:  Just to have a schedule.  Of course,
10     you need to file your notices of appeal within the time
11     prescribed by the rules.  But if you need a longer period of
12     time, I am comfortable with that.
13                    Is next Friday adequate.
14                    MR. DURBIN:  Yes, Judge.
15                    THE COURT:  For a briefing schedule?
16                    MR. BOLAND:  Yes, Your Honor.
17                    THE COURT:  Counsel, this is a great help, we
18     have found, to us in chambers.  I am going to direct that
19     you file electronic copies of your posttrial briefs with
20     hyperlinks to cited cases, exhibits, and transcript pages.
21     It's an enormous help for us in going back through what I am
22     sure will be a substantial record.
23                    Counsel, well tried.  Good luck.
24                    I normally would come out, after speaking with
25     the jury, and sharing objective and constructive comments.
```

1  I am not going to have the time to do that this evening.
2  But good luck as you move along.  Take care.
3              (Counsel respond "Thank you, Your Honor.")
4              (At 4:45 the trial was concluded.)

6                         - - -
7  Reporter:   Kevin Maurer